# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Civil Action No. 10-cv-01289-CMA-MJW

MAD DOGG ATHLETICS, INC., a California corporation,

    Plaintiff,

v.

NAUTILUS, INC., a Washington corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Stipulation To Dismiss Action With Prejudice (Doc. # 21). The Court having considered the Stipulation To Dismiss, hereby

ORDERS that the claims in this action are DISMISSED WITH PREJUDICE, each party to pay its own attorneys' fees and costs.

DATED: August 23, 2010.

                              BY THE COURT:

                              _____
                              CHRISTINE M. ARGUELLO
                              United States District Court Judge